**Opinion issued May 21, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

**NO. 01-23-00962-CV**

_____

**JACOB MAGGARD AND YESSICA MAGGARD, INDIVIDUALLY AND AS NEXT FRIENDS OF I.M. (A MINOR), Appellants**

**V.**

**MEMORIAL HERMANN HEALTH SYSTEM D/B/A MEMORIAL HERMANN TEXAS MEDICAL CENTER AND THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON, Appellees**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-00701**

---

**MEMORANDUM OPINION**

Appellants' brief was due to be filed on January 23, 2024. On February 14, 2024, the Court issued a notice that the appeal might be dismissed unless

appellants filed a brief or a motion for extension within 10 days of the date of the notice.  Appellants did not respond or file a brief or motion for extension.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 42.3.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.